UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD ROBIN BARREN,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>NEVADA DIVISION OF FORESTRY, et al.,<br><br>　　　　　　　　　　Defendants | Case No. 3:24-cv-00329-ART-CLB<br><br>**ORDER** |

**I.   DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. Plaintiff also filed an updated address with the Court. (ECF No. 18). Therefore, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 4) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by **October 22, 2025**, or pay the full filing fee of $405.

**II.   CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 4) is denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that by **October 22, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

///

///

///

///

1     It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

**DATED**: September 22, 2025.

_____
UNITED STATES MAGISTRATE JUDGE